United States District Court
Southern District of Texas
**ENTERED**
November 15, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAIME KRAMETBAUER | § | |
| | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:16-cv-1035 |
| | § | |
| STATE FARM LLOYDS AND | § | |
| JEREMY KENNEDY | § | |
| | § | |
| *Defendants* | § | |

## ORDER GRANTING DISMISSAL WITH PREJUDICE

The Court, having considered the parties' Joint Agreed Stipulation of Dismissal with Prejudice, is of the opinion that the motion should be GRANTED. It is therefore,

ORDERED that Civil Action No. 4:16-CV-1035, and all of Plaintiff's claims against Defendants State Farm Lloyds and Jeremy Kennedy asserted in that cause are DISMISSED WITH PREJUDICE. Each party shall bear its own costs.

SIGNED this  15th  day of  November , 2017.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE